**Dwight W. THORN, Plaintiff–Appellant,**

v.

**Kathleen SEBELIUS, Secretary, Department of Health & Human Services, Defendant–Appellee.**

**No. 11–1189.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 7, 2012.

Decided: Feb. 14, 2012.

Donna Beasley, Washington, D.C., for Appellant. Rod J. Rosenstein, United States Attorney, Neil R. White, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Before KING, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwight W. Thorn appeals the district court's order granting summary judgment in favor of the Appellee on each of his employment discrimination claims. We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. *Thorn v. Sebelius,* 766 F.Supp.2d 585 (D.Md.2011). We dispense with oral argument because

the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*